UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCISCO SOTO,

                    Plaintiff,

        - against -

ANDY & EVAN INDUSTRIES, INC.,

                    Defendant.

---

26-cv-4765 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to discuss settlement and provide an update to the Court by **September 8, 2026**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket.

SO ORDERED.

Dated:     New York, New York
           June 8, 2026

_____
           John G. Koeltl
           United States District Judge