UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO SOTO,

Plaintiff,

- against -

ANDY & EVAN INDUSTRIES, INC.,

Defendant.

26-cv-4765 (JGK)

Order

John G. Koeltl, District Judge:

The response to the complaint was due July 8, 2026. The time to respond to the complaint is extended to **September 28, 2026.** If the defendant fails to respond to the complaint by that date, the plaintiff shall move by order to show cause for a default judgment by **October 5, 2026.** If the plaintiff fails to move for a default judgment by that date, the case will be dismissed for failure to prosecute.

SO ORDERED.

Dated: New York, New York
September 9, 2026

John G. Koeltl
United States District Judge